DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 280P12 | Ranim Muhammad aka Robert Hinton v. State of N.C. and Michael Hardee, Superintendent | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied **07/02/12** |
|---|---|---|---|
| 281P12 | In the Matter of: T.W. | 1. State's Motion for Temporary Stay (COA11-878)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **07/02/12;** Dissolved the Stay **08/23/12**<br><br>2. Denied<br><br>3. Denied |
| 282P01-3 | Bruce Jerome Holmes v. Butch Jackson, Admin. | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **06/29/12** |
| 283P12 | Thomas M. Stern, as Guardian of the Estate of Armani Wakefall, a Minor v. Michael Ira Cinoman, M.D. | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1106) | Denied |
| 284P12 | State v. Tyquan Sanchez Scriven | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-325)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 286P12 | State v. Jackie Edward Watts | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **07/05/12** |
| 287P12 | State v. Nathan Roy Webb | Def's PDR Under N.C.G.S. § 7A-31 (COA12-88) | Denied |
| 289P12 | Kara Raprager v. Justin C. Raprager | 1. Def's Motion for Temporary Stay (COAP12-474)<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Denied **07/09/12**<br><br>2. Denied **07/09/12** |
| 292P12 | State v. Alonzo Greene | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 293P12 | State v. Thomas Joseph Shields | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **07/09/12** |